Alden F. Abbott
*General Counsel*
Thomas J. Widor
Stephanie Cox
Adam Wesolowski
Federal Trade Commission
600 Pennsylvania Ave., NW, Mail Drop CC-10232
Washington, DC 20580
Telephone: (202) 326-3039 (Widor)
Facsimile: (202) 326-3768
Email: twidor@ftc.gov

*Attorneys for the Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                        Plaintiff,<br>      v.<br><br>THE UNIVERSITY OF PHOENIX, INC., an Arizona Corporation; and<br><br>APOLLO EDUCATION GROUP, INC., an Arizona Corporation,<br><br>                        Defendants. | Case No.: 2:19-cv-05772-ESW<br><br>**NOTICE OF FILING EXHIBITS NON-ELECTRONICALLY** |

Pursuant to the Court's Order dated December 12, 2019 (Doc. 12) and Section II.N.2 of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, the Federal Trade Commission hereby gives notice of filing non-electronic exhibits in the form of a DVD. An index of the non-electronic exhibits is attached as Exhibit A.

1

Dated: December 16, 2019          Respectfully submitted,


                                  ALDEN F. ABBOTT
                                  General Counsel


                                  */s/ Thomas J. Widor*
                                  THOMAS J. WIDOR
                                  Email: twidor@ftc.gov
                                  STEPHANIE COX
                                  Email: scox@ftc.gov
                                  ADAM WESOLOWSKI
                                  Email: awesolowski@ftc.gov
                                  FEDERAL TRADE COMMISSION
                                  600 Pennsylvania Ave., NW
                                  Mail Drop CC-10232
                                  Washington, DC 20580
                                  Telephone: (202) 326-3039 (Widor)
                                  Facsimile: (202) 326-3768

                                  Attorneys for Plaintiff
                                  FEDERAL TRADE COMMISSION

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2019, I served copies of the Notice of Filing Exhibits Non-Electronically, index, and DVD via Federal Express on the following:

Gil Soffer, Esq.
Charles A. DeVore, Esq.
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661

Jon Leibowitz, Esq.
Davis Polk & Wardwell, LLP
901 15th Street, NW
Washington, DC 20005


*Attorneys for Defendants*

                                                 */s/ Thomas J. Widor*
                                                 THOMAS J. WIDOR
                                                 Email: twidor@ftc.gov
                                                 STEPHANIE COX
                                                 Email: scox@ftc.gov
                                                 ADAM WESOLOWSKI
                                                 Email: awesolowski@ftc.gov
                                                 FEDERAL TRADE COMMISSION
                                                 600 Pennsylvania Ave., NW
                                                 Mail Drop CC-10232
                                                 Washington, DC 20580
                                                 Telephone: (202) 326-3039 (Widor)
                                                 Facsimile: (202) 326-3768

                                                 Attorneys for Plaintiff
                                                 FEDERAL TRADE COMMISSION

# EXHIBIT A

# Index of Exhibits Filed Non-Electronically

| Exhibit | Description |
|---|---|
| 1 | "Parking Lot" television advertisement (Compl. Exh. A) |
| 2 | Alternate "Parking Lot" television advertisement with Twitter (Compl. Exh. C) |
| 3 | "Train Stops" television advertisement (Compl. Exh. E) |
| 4 | "Hall of Success" television advertisement (Compl. Exh. G) |
| 5 | "Curriculum Radio" advertisement (Compl. Exh. I) |