**Paula Matthew**
**P. O. Box 303372**
**St. Thomas, VI 00803-3372**
**(340) 998-1771**

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

JUL 2 7 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

CV 19 - 05772-PHX-ESW

June 30, 2020

Honorable Magistrate Judge Eileen S. Willett
United States District Court
Sandra Day O'Connor U. S. Courthouse, Suite 325
401 West Washington Street, SPC 13
Phoenix, AZ 85003-2120

Dear Honorable Judge Willett:

I embarked on the journey of obtaining a graduate degree as a means for self-advancement. With the different advertisements and promises of higher pay and better paying job, I selected the University of Phoenix. As the first person in my immediate family to graduate from college with a bachelor's degree, my attendance to University of Phoenix would have been recognized as a major milestone.

The University of Phoenix engaged in unfair practices, there was a pressure and urgency to take student loans, tuition was always increasing and there was fraudulent charges and practices. There was a push for job placement guarantees and salary expectations that was totally bogus. I have attached an e-mail from University of Phoenix for your review.

I am one of the earlier students that brought up charges against University of Phoenix. Exactly how was the time period selected for the University of Phoenix settlement? The time frame selected was surely after most of us have graduated from University of Phoenix. This time frame does not cover the students who brought up charges against University of Phoenix. This is an injustice to me and other students.

The use of deceptive advertising caused harm to me and no advancement in my career. I would like a full investigation. Because of the discriminatory practice, push to take student loans, misleading information, deceiving, defrauding and false charges, I want total discharge of my student loans. I look forward to hearing from you pertaining to this matter.

Sincerely,

*Paula Matthew*
Paula Matthew

Attachment

# University of Phoenix Online - October Promotion

University of Phoenix Online <uopxmkt@phoenix.edu>
Fri 10/10/2003 12:17 AM
To: PRECIOUS888@hotmail.com <PRECIOUS888@hotmail.com>



Dear P. Matthew,

You know the difference a college degree can make in your life! Don't put it off any longer. The sooner you earn your degree, the sooner you'll have the knowledge, skills and credentials you need to excel within your field and within your company.

There's never been a better time to earn your degree online. And if you start your degree by October 30th, 2003 we will waive your $85 application fee and buy the textbooks for your first course. **It's a potential savings of up to $200!***



Now you have 3 great reasons to start earning your degree online:

- Upgrade your Career Opportunities
- Higher Potential Income
- Up to $200 in Savings

Course registration has started! To take advantage of this special $200 incentive, call us today at **800-394-0992**
or visit our website at **http://online.uophx.edu/online6**.

*Applications for admission must be received by **12 noon MST on**

**October 22nd, 2003**. This offer is only available to new online degree seeking students beginning new degree programs in October. Doctoral programs have residency requirements, and deadlines may differ.

Jonathan George
University of Phoenix Online
800-394-0992 2595

If you would like to be removed from future mailings of University of Phoenix, please
click here.



PAULA MATTHEW
P. O. BOX 303372
ST. THOMAS, VI 00803-3372



SAN JUAN PR 009
30 JUN 2020 PM 1 L

HONORABLE MAGISTRATE JUDGE EILEEN S. WILLETT
UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 325
401 WEST WASHINGTON STREET, SPC 13
PHOENIX, AZ 85003-2120

85003-212013