# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission,<br><br>Plaintiff,<br><br>v.<br><br>University of Phoenix Incorporated, et al.,<br><br>Defendants. | No. CV-19-05772-PHX-ESW<br><br>**ORDER** |

The Court has received a letter from Ms. Paula Matthews regarding this case.

The Court issued a Stipulated Order for Permanent Injunction and Monetary Judgment (Doc. 15) on December 20, 2019. Any concerns of Ms. Matthews should be directed to counsel. No further action is taken on the letter.

Dated this 27th day of July, 2020.

_____
Honorable Eileen S. Willett
United States Magistrate Judge

cc:   Paula Matthew
      P.O. Box 303372
      St. Thomas, VI 00803-3372